**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DONALD YATES | § | |
| VS. | § | CIVIL ACTION NO.  9:21-CV-238 |
| TEXAS DEP'T OF CRIMINAL JUSTICE, ET AL. | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Donald Yates, a prisoner confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge.  The Magistrate Judge recommends dismissing the action without prejudice for want of prosecution.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>ORDER</u>

The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (docket entry #15) is **ACCEPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**SIGNED** this the **16** day of **November, 2021.**


_____
Thad Heartfield
United States District Judge

2